# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE**<br>**Plaintiff** | * * * * * | **CIVIL ACTION NO. 22-cv-6227** |
| | * | **JUDGE: DAVID C. JOSEPH** |
| **VERSUS** | * * | |
| **ALLIANZ GLOBAL CORPORATE & SPECIALTY and/or ALLIANZ REINSURANCE AMERICA, INC. and/or THE AMERICAN INSURANCE COMPANY, BEDIVERE INSURANCE COMPANY (IN LIQUIDATION), FIRST STATE INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY**<br>**Defendants** | * * * * * * * * * * * | **MAGISTRATE: DAVID J. AYO** |

\* \* \* \* \* \* \*   \* \* \* \* \* \*

## DECLARATION OF HEATHER CAMPBELL IN SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED AND RESTATED ACTION FOR DECLARATORY JUDGMENT AND FOR FURTHER RELIEF FILED BY ALLIANZ GLOBAL CORPORATE & SPECIALTY SE AND ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

I, Heather Campbell, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct:

1. I am a person of full age of majority and a domiciliary and resident of the State of Georgia.

2. This declaration is made in support of the facts asserted and contained in the Motion to Dismiss Plaintiffs' First Amended and Restated Action for Declaratory Judgment

**EXHIBIT 1**

    and for Further Relief, filed by Allianz Global Corporate & Specialty SE ("AGCS SE").

3.   This declaration is also made in support of the facts asserted and contained in the Motion to Dismiss Plaintiffs' First Amended and Restated Action for Declaratory Judgment and for Further Relief, filed by Allianz Global Risks US Insurance Company ("AGR US").

4.   I am employed by Allianz Reinsurance of America, Inc. (AZRA) ("AZRA") as a Claims Specialist. I am a licensed claims adjuster and have served in this position for 24 years. I have been employed in my current position for AZRA for the past 10 years.

5.   AZRA is the claims administrator for the evaluation and adjustment of claims tendered under policies issued by The American Insurance Company ("TAIC") and other insurers who are also fully owned subsidiaries of the Fireman's Fund Insurance Company ("FFIC"). TAIC's Amended Corporate Disclosure states that TAIC was recently sold, but pursuant to and in conjunction with the purchase of TAIC by Pie Group Holdings, Inc., 100% of the liabilities of TAIC from all pre-sale business, which would include all policies at issue in the above-referenced litigation, have been retained and reinsured by TAIC's former direct parent, FFIC, whose corporate status has not changed. *See* Rec. Doc. 51.

6.   Among my responsibilities, I manage and oversee the adjustment of claims arising under the TAIC policies that are at issue in this Declaratory Action and were issued to the plaintiff, The Society of the Roman Catholic Church of the Diocese of Lafayette ("Diocese of Lafayette"). I have worked as the Claims Specialist on this

        file for 7 years.  In my role, I have access to the policy materials that are targeted in this Declaratory Action, as well as the claims file materials regarding each tendered claim. I personally receive, evaluate and handle tenders and claims made under the TAIC policies issued to the Diocese of Lafayette.  As such, I have first-hand knowledge of the materials kept in the typical course of business of TAIC, including those at issue in this litigation.

7. I am competent to testify in this proceeding.  The facts stated in this declaration are within my personal knowledge through my work on this file, by virtue of my investigation into the files kept by TAIC with regard to this and numerous other claims made by the Diocese of Lafayette, and through the work of other AZRA claims and document professionals that also assist on matters related to this file and insured.  All such facts are true and correct to the best of my knowledge.

8. Based upon my independent search of records and/or the search of other document specialists with whom I work at AZRA, I have identified policy evidence and documents that TAIC issued the following policies to the Diocese of Lafayette:

    - TAIC policy number MXP 155 7807, effective from 7/01/1969-7/01/1972
    - TAIC policy number MXP 160 0653, effective from 7/01/1972-7/01/1975
    - TAIC policy number MXP 271 6549, effective from 7/01/1975-7/01/1978

9. Declarations pages and other policy materials exist for TAIC policy number MXP 160 0653, effective from 7/01/1972-7/01/1975, as well as TAIC policy number MXP 271 6549, effective from 7/01/1975-7/01/1978. Those Declarations Pages clearly and undisputedly indicate that the policies were issued by TAIC.

10. With regard to MXP 155 7807, effective 7/01/1969-7/01/1972, no materials comprising the actual policy documents have been located, despite a thorough and concerted search for Policy MXP 155 7807 in the TAIC records repository by document specialists at AZRA and myself. However, secondary evidence exists to confirm that TAIC did issue Policy MXP 155 7807 and that it would likely mirror the terms, conditions, limits, and exclusions found in MXP 160 0653, effective from 7/01/1972-7/01/1975.

11. In addition, TAIC has admitted to the existence of MXP 155 7807, effective from 7/01/1969-7/01/1972, in other litigation and now stipulates that policy MXP 155 7807 exists pursuant to the same terms, conditions, limits and exclusions as documented in MXP 160 0653, effective from 7/01/1972-7/01/1975.

12. During the time I have been working as the Claims Specialist on this file, claims tendered by the Diocese of Lafayette under the policies listed in No. 8, above, have been addressed and handled as claims made under policies issued by TAIC.

13. During the time I have been working as the Claims Specialist on this file, the Diocese of Lafayette has been provided with a defense under the TAIC policies referenced in No. 8, above, pursuant to a full and complete reservation of rights issued in each case.

14. I am unaware of any role that AGCS SE played in administering, handling, adjusting, or paying any claim tendered under the TAIC policies referenced in No. 8, above.

15. I am unaware of any role that AGR US played in administering, handling, adjusting, or paying any claim tendered under the TAIC policies referenced in No. 8, above.

16. All of the foregoing statements and averments are true and correct based upon my own personal knowledge, information and belief.

DATED this 12 day of October 2023.

*Heather Campbell*

HEATHER CAMPBELL